PER CURIAM.
Affirmed. Prime Management Company, Inc. v. W & C Associates, Ltd., 548 So.2d 696 (Fla. 3d DCA 1989), review denied, 560 So.2d 234 (Fla.1990); Botte v. Pomeroy, 497 So.2d 1275 (Fla. 4th DCA 1986), review denied, 508 So.2d 15 (Fla.1987); Stanley v. State, 357 So.2d 1031 (Fla. 3d DCA), cert. denied, 364 So.2d 891 (Fla.1978); see Gibson v. Avis Rent-A-Car System, Inc., 386 So.2d 520 (Fla.1980); State v. Cumbie, 380 So.2d 1031 (Fla.1980); American Automobile Association, Inc. v. Tehrani, 508 So.2d 365 (Fla. 1st DCA 1987); City of Miami Beach v. Klein, 414 So.2d 620 (Fla. 3d DCA 1982); Hillson v. Deeson, 383 So.2d 732 (Fla. 3d DCA 1980).